ACCEPTED
01-14-00796-cr
FIRST COURT OF APPEALS
HOUSTON, TEXAS
1/14/2015 4:39:58 PM
CHRISTOPHER PRINE
CLERK

In the Court of Appeals for the

First District Court of Appeals

No. 01-14-796-CR

No. 01-14-797-CR

| | |
|---|---|
| Ex Parte<br><br>Garry Fuller | On Appeal from<br>The 338th District Court<br>Harris County, Texas<br><br>Trial Court Cause Nos. 1413756, 1379141 |

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
1/14/2015 4:39:58 PM
CHRISTOPHER A. PRINE
Clerk

## Motion for More Time to File Brief

**To the Honorable Court:**

Appellant moves to extend time to file his brief, which was due on December 29, 2014.

Appellant asks for an extension of sixty days, to February 17, 2015.

This is his first motion to extend time to file the brief.

## Certificate of Service

A copy of this motion was served on the District Attorney of Harris County, Texas, by the Efile system.

Respectfully Submitted,
Bennett & Bennett, Lawyers
by:

Mark Bennett
TBN 00792970
917 Franklin Street, Fourth Floor
Houston, Texas 77002
713.224.1747
MB@ivi3.com